**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **CHELSEA BRYANT,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**VERIDA, INC.,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case Number: 1:25-CV-00272**<br>**Judge Charles E. Atchley, Jr.**<br>**Magistrate Judge Michael J. Dumitru**<br><br>**JURY DEMAND** |

**ORDER GRANTING JOINT MOTION TO SUSPEND SCHEDULING ORDER DEADLINES AND STAY PROCEEDINGS**

Upon consideration of the Parties' Joint Motion to Suspend Scheduling Order Deadlines and Stay Proceedings [Doc. 19], and for good cause shown, the Motion is GRANTED.

These proceedings are STAYED for ninety (90) days from entry of this Order to allow the Parties to obtain Bankruptcy Court approval of their negotiated settlement agreement and finalize the settlement. All remaining deadlines established by the Scheduling Order [Doc. 16] are SUSPENDED pending further order of the Court.

If the Parties have not filed a stipulation of dismissal before the stay expires, they shall file a joint status report by that date advising the Court of the status of the Bankruptcy Court's consideration of the settlement and whether further proceedings are necessary.

It is SO ORDERED this __________ day of ___________________, 2026.

______________________________________
U.S. MAGISTRATE JUDGE MICHAEL J. DUMITRU