**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| CHELSEA BRYANT, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 1:25-cv-272 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| VERIDA, INC., | ) | Magistrate Judge Dumitru |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

**ORDER**

Before the Court is the parties' Joint Motion to Suspend Scheduling Order Deadlines and Stay Proceedings [Doc. 19]. The parties represent that they have reached an agreement to resolve this matter; however, Plaintiff has filed for bankruptcy, and the settlement cannot be finalized without the necessary approval of the Bankruptcy Court. [*Id.*]. Consequently, the parties request to stay these proceedings for ninety days. [*Id.*].

Accordingly, based on the lack of opposition and for good cause shown, the Joint Motion [Doc. 19] is **GRANTED**. It is **ORDERED** that all pending deadlines in the Court's Scheduling Order [Doc. 16] are hereby **STAYED**. The parties are further **ORDERED** to file either a joint status report regarding their settlement efforts or a stipulation of dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) **no later than 90 days from the date of this Order**. If the parties are unable to resolve this matter, the Court will reopen this case at the conclusion of the ninety days.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**